IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SEDRIC WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:20-cv-02407-JPM-cgc |
| | ) | |
| SHELBY COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Defendant Shelby County appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment entered on October 31, 2022.

In addition, and without limiting the appeal from the final Judgment, Defendant Shelby County appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment and Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment ("Summary Judgment Order") entered on June 25, 2021, only to the extent such order granted Plaintiff summary judgment and denied Defendant summary judgment on the issue of whether Plaintiff had waived his claims that were the subject of the lawsuit.

Respectfully submitted,


*s/ R. Joseph Leibovich*
R. JOSEPH LEIBOVICH (BPR #17455)
JASEN M. DURRENCE (BPR #33275)
*Attorneys for Defendants*
Shelby County Attorney's Office
160 North Main, Suite 950
Memphis, Tennessee 38103
(901) 222-2100
joe.leibovich@shelbycountytn.gov
jasen.durrence@shelbycountytn.gov

Attorneys for Defendant


Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 29th day of November, 2022, for service on all persons registered in connection with this case, including:

Robert W. Mitchell                          Thomas G. Jarrard
Robert Mitchell, Attorney at Law, PLLC      Law Office of Thomas G. Jarrard, PLLC
1020 North Washington Street                1020 North Washington Street
Spokane, WA 99201                           Spokane, WA 99201

SaraEllen M. Hutchison
Law Office of SaraEllen Hutchison, PLLC
539 Broadway
Tacoma, WA 98402


*s/ R. Joseph Leibovich*

2